### GEORGE SANDERS v. THE STATE.

No. 5400.   Decided October 15, 1919.

**Local Option—Practice on Appeal.**

Where, upon appeal from a conviction of a violation of the local option law, the record showed that the indictment was regular, the judgment is affirmed, in the absence of a statement of facts and bills of exception.

Appeal from the Criminal District Court No. 2 of Dallas. Tried below before the Hon. C. F. Pippen, judge.

Appeal from a conviction of a violation of the local option law; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

MORROW, Judge.—The conviction was for the offense of unlawfully selling intoxicating liquors in territory in which the sale of such liquors was prohibited under the local option law.

The indictment appears regular. No statement of facts accompanies the record, in the absence of which we must presume evidence sufficient. No bills of exception complaining of errors in the trial are contained in the record. The judgment is affirmed.

*Affirmed.*